■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM EVANS, Appellant. [845 NYS2d 756]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 14, 1995 (*People v Evans*, 212 AD2d 626 [1995]), modifying a judgment of the County Court, Nassau County, rendered May 12, 1992, as amended June 1, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Crane and Rivera, JJ., concur.